COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        In re Mike Mendoza, Jr., Relator

Appellate case number:     01-14-01012-CR

Trial court case number:   952290-B

Trial court:                      262nd District Court of Harris County

The en banc court has voted to deny relator's motion for en banc reconsideration.

It is ordered that the motion for en banc reconsideration is **denied**.

Judge's signature: /s/ Laura C. Higley
☑ Acting for the En Banc Court*

Panel consists of: Justices Keyes, Higley, and Brown

Date: August 13, 2015

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.